**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

MARILYN Y. LEWIS,

      Plaintiff,

v.                                        CASE NO. 4:08cv441-RH/WCS

MICHAEL J. ASTRUE,

      Defendant.

_____/

**ORDER AWARDING ATTORNEY'S FEES AND COSTS**

This case is before the court on the magistrate judge's report and recommendation (document 19). No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The plaintiff's application for attorney's fees and costs is GRANTED. The Secretary must pay to the plaintiff's attorney Charles Lee Martin the sum of $5,154.43 as attorney's fees under the Equal Access to Justice Act and $350.00 as costs for a total of $5,504.43.

SO ORDERED on February 4, 2010.

                                                      <u>s/Robert L. Hinkle</u>
                                                    United States District Judge