**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

MARILYN Y. LEWIS,

    Plaintiff,

v.                                          CASE NO. 4:08cv441-RH/WCS

MICHAEL J. ASTRUE,

    Defendant.

_____/

**ORDER AWARDING ATTORNEY'S FEES**

This case is before the court on the magistrate judge's report and recommendation, ECF No. 29. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The motion for attorney's fees, ECF No. 25, is GRANTED. The Secretary must pay attorney's fees of $4,217.69 to the plaintiff's attorney from the

plaintiff's past due benefits.

      SO ORDERED on April 11, 2011.

                                              s/Robert L. Hinkle
                                              United States District Judge